Mervyn Wolff, Respondent, v. Noel Jourda De Vaux, Impleaded with Fred S. Bennett, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

William A. Halbe, Appellant, v. Samuel Adams and Another, Respondents. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Frank D'Angelo and Another, Respondents, v. 1482 Broadway Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Margaret C. Mulvaney v. Pietrina Battaglina.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

J. Hayden Clarendon v. Nicholas L. Shafer and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

George H. D. Foster v. John C. Wait.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Nelson G. Carman v. Herman H. Feldstein.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Seventy-eighth Street and Broadway Company v. Purssell Manufacturing Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Lehigh Valley Railroad Company v. Lehigh Valley Sales Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Abraham I. Silverman and Others v. Bale-Snedeker Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Marie L. H. Watson v. Chicago, Rock Island and Pacific Railroad Company. August Neldert v. Chicago, Rock Island and Pacific Railroad Company.— Motions granted. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Bertha Frankel v. Max Wolper.— Motion denied, with ten dollars costs. Present — Ingraham P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Frederick J. Shalek v. J. Edward Jetter.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Mayor Lane & Company v. Commercial Casualty Insurance Company. —Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

George C. Van Tuyl, Jr., v. Samuel H. Kress and Another.— Motion to extend time denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.